UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER HARRIS, | ) |
|       Plaintiff | ) |
| | ) **Case No.:** |
|   v. | ) |
| | ) **COMPLAINT AND DEMAND FOR** |
| SALLIE MAE, | ) **JURY TRIAL** |
| | ) |
|       Defendant | ) |

## COMPLAINT

JENNIFER HARRIS ("Plaintiff"), by and through her attorneys, ANGELA K. TROCCOLI, ESQUIRE and KIMMEL & SILVERMAN, P.C., alleges the following against SALLIE MAE ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act ("TCPA").

### JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331. See Mims v. Arrow Fin. Services, LLC, 132 S. Ct. 740, 747, 181 L. Ed. 2d 881 (2012).

3. Defendant conducts business in the State of Connecticut and as such, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

### PARTIES

5. Plaintiff is a natural person residing in Prospect, Connecticut 06712.

6. Plaintiff is a "person" as that term is defined by 47 U.S.C. §153(39).

7. Defendant, Sallie Mae, is a lender with its principal place of business located at 2001 Edmund Halley Drive, Reston, Virginia 20191.

8. Defendant is a "person" as that term is defined by 47 U.S.C. §153(39).

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Plaintiff has a cellular telephone number that she has had for a number of years.

11. Plaintiff has only used this number as a cellular telephone number.

12. The phone number has been assigned to a cellular telephone service for which Plaintiff incurs a charge for incoming calls.

13. Beginning in or before January 2014, and continuing through August 2014, Defendant called Plaintiff on her cellular telephone on a repetitive and continuous basis.

14. During the relevant period, Defendant called Plaintiff on her cellular telephone, on average, once a day.

15. When contacting Plaintiff on her cellular telephone, Defendant used an automatic telephone dialing system and automatic and/or pre-recorded messages.

16. Defendant's automated messages stated, "Hello. This is Heather from Sallie Mae Department of Education Loan Services calling for Jennifer Harris. We have important information regarding your Department of Education Loans, serviced by Sallie Mae. Please call u toll free at your earliest convenience at 1-800-722-1300 or self service your account on www.salliemae.com and click on manage your loans. Thank you from Sallie Mae Department of Education Loan Services."

17.  Defendant's telephone calls were not made for "emergency purposes."

18.  In January 2014, Plaintiff revoked her consent that she had previously given to Defendant to place telephone calls to her cellular telephone number, by telling Defendant to stop calling her cellular telephone number.

19.  Nevertheless, Defendant persisted in calling Plaintiff on her cellular telephone for the next six months.

20.  For example, Defendant contacted Plaintiff on her cellular telephone at the following dates: July 1, 2014; July 6, 2014; July 8, 2014; July 9, 2014; July 10, 2014; July 12, 2014; July 12, 2014; July 15, 2014; July 16, 2014; July 18, 2014; July 19, 2014; July 20, 2014; July 21, 2014; July 22, 2014; July 23, 2014; July 25, 2014; July 27, 2014; July 31, 2014; and August 1, 2014.

21.  Upon information and belief, Defendant called Plaintiff on a repetitive and continuous basis with the intent of harassing Plaintiff into paying the alleged debt.

**DEFENDANT VIOLATED THE**
**TELEPHONE CONSUMER PROTECTION ACT**

22.  Plaintiff incorporates the forgoing paragraphs as though the same were set forth at length herein.

23.  Defendant initiated multiple automated telephone calls to Plaintiff's cellular telephone using a prerecorded voice.

24.  Defendant initiated these automated calls to Plaintiff using an automatic telephone dialing system.

25.  Defendant's calls to Plaintiff were not made for emergency purposes.

26. Defendant's calls to Plaintiff, after January 2014, were not made with Plaintiff's prior express consent.

27. Defendant's acts as described above were done with malicious, intentional, willful, reckless, wanton and negligent disregard for Plaintiff's rights under the law and with the purpose of harassing Plaintiff.

28. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively and fraudulently and absent bona fide error, lawful right, legal defense, legal justification or legal excuse.

29. As a result of the above violations of the TCPA, Plaintiff has suffered the losses and damages as set forth above entitling Plaintiff to an award of statutory, actual and trebles damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, JENNIFER HARRIS, respectfully prays for a judgment as follows:

    a. All actual damages suffered pursuant to 47 U.S.C. §227(b)(3)(A);

    b. Statutory damages of $500.00 per violative telephone call pursuant to 47 U.S.C. §227(b)(3)(B);

    c. Treble damages of $1,500 per violative telephone call pursuant to 47 U.S.C. §227(b)(3);

    d. Injunctive relief pursuant to 47 U.S.C. §227(b)(3);

    e. Any other relief deemed appropriate by this Honorable Court.

**DEMAND FOR JURY TRIAL**

1  PLEASE TAKE NOTICE that Plaintiff, JENNIFER HARRIS, demands a jury trial in this
2  case.

3                                                  RESPECTFULLY SUBMITTED,

4                                                  JENNIFER HARRIS,
5                                                  By her Attorney,

6
7                                                  */s/ Angela K. Troccoli*
                                                   Angela K. Troccoli, Esquire, Id# ct28597
                                                   Kimmel & Silverman, PC
8                                                  *The New England Office*
                                                   136 Main Street, Suite 301
9                                                  Danielson, CT 06239
                                                   (860) 866-4380- direct dial
10                                                 (860) 263-0919- facsimile
                                                   atroccoli@creditlaw.com
11

12  Dated:  April 16, 2015